AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District Of Texas
FILED

JAN 30 2020

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-20-0254-M |
| SALINAS, Sylvia, YOB: 1970 (USC) | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __1/29/2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846<br>21 USC 841 | Conspiracy to Possess with the Intent to Distribute and Possession with Intent to Distribute Cocaine, approximately 2.5 kilograms, a schedule II controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I).

☑ Continued on the attached sheet.

Approved by AUSA Amy L. Greenbaum
1/30/2020

_____
Complainant's signature

Tyler Klassen, DEA Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 1/30/2020

_____
Judge's signature

City and state: McAllen, Texas

J. Scott Hacker, US Magistrate Judge
Printed name and title

# ATTACHMENT 1

1. On January 29, 2020, a Texas State Trooper conducted a traffic stop on a black SUV due to an improper lane change. The driver of the black SUV was identified as Sylvia SALINAS (hereafter, SALINAS) and the passenger was identified as Maria TORRES (hereafter, TORRES). The Texas State Trooper then requested for consent to search the vehicle. SALINAS gave consent for the Texas State Trooper to search the vehicle.

2. At approximately 10:50 a.m., two (2) bricks of suspected illegal narcotics (approximately 2.541 kilograms) wrapped in black tape was found in a black bag on the floor board behind the driver seat of the vehicle by the Texas State Trooper. DEA Special Agents Kevin Buechner and Kevin Sincerbox responded to the scene. The Texas State Trooper transported SALINAS and TORRES to the McAllen DEA office. SAs Kevin Buechner and Kevin Sincerbox transported the the two (2) bricks of suspected illegal narcotics and the black SUV to the McAllen DEA office and placed the suspected narcotics in temporary storage.

3. At approximately 12:00 p.m., DEA SAs conducted an interview of SALINAS. Prior to initiating the interview with SALINAS, SA Klassen read SALINAS her Miranda Warnings directly from a DEA Form 13, as witnessed by SA Buechner. SA Klassen read the warnings in the English language, which SALINAS stated she understood. SALINAS agreed to voluntarily speak with agents without an attorney present. SALINAS said she knew there was illegal drugs in her vehicle at the time she was pulled over. She stated an unknown individual gave her the drugs so she could deliver them to an unknown individual that would transport them to Illinois.

4. The suspected illegal narcotics was weighed and field tested by SA Buechner and Sincerbox. The bricks weighed approximately 2.541 kilograms and field tested positive for characteristics of cocaine.